Tammara N. Bokmuller (SBN 192200)
TBokmuller@ClarkHill.com
CLARK HILL LLP
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone:   (619) 557-0404
Facsimile:   (619) 557-0460

Attorneys for Defendants Déjà Vu Services, Inc., Harry Mohney, Grapevine Entertainment, Inc. d/b/a Déjà Vu Showgirls; Nite Life East, LLC d/b/a Little Darlings; SP Star Enterprise, Inc. d/b/a Déjà Vu; Coldwater, LLC d/b/a Deja Vu Showgirls; 3610 Barnett Ave., LLC d/b/a Adult Superstore; Jolar Cinema of San Diego, Ltd. d/b/a Jolar Cinema Showgirls; Showgirls of San Diego, Inc. d/b/a Deja Vu Showgirls; Bijou – Century, LLC d/b/a New Century Theatre; BT California, LLC d/b/a The Penthouse Club & Steakhouse; Chowderhouse, Inc., d/b/a Hungry I; Deja Vu – San Francisco, LLC d/b/a Centerfolds; Deja Vu Showgirls of San Francisco, LLC d/b/a Little Darlings of San Francisco; Gold Club – S.F., LLC d/b/a Gold Club; S.A.W. Entertainment, Ltd., d/b/a Hustler San Francisco and the Condor Club; San Francisco Garden of Eden, LLC d/b/a Garden of Eden; San Francisco Roaring 20's, LLC d/b/a Roaring 20's; and Stockton Enterprises, LLC d/b/a Deja Vu Showgirls; and SFBSC Management, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROES 1-4,<br><br>Plaintiffs, and<br><br>ELANA PERA, PENNY NUNEZ, SARAH MURPHY, POOHRAWN MEHRABAN, NICOLE HUGHES, ANGELYNN HERMES, GYPSY VIDAL, AND RASHELE HAMREN,<br><br>Plaintiff- Intervenors,<br><br>v.<br><br>DEJA VU SERVICES, INC,<br><br>Defendants. | Case No. **'19CV0196 JM   KSC**<br><br>(San Diego Superior Court Case No: 37-2018-28044-CU-OE-CTL)<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. SECTION 1331 (FEDERAL QUESTION)**<br><br>Assigned to: |

1
NOTICE OF REMOVAL TO FEDERAL COURT

220984643

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO THE PLAINTIFFS, PLAINTIFFS-INTERVENORS, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants S.A.W Entertainment, Ltd. d/b/a Larry Flynt's Hustler Club, S.A.W. Entertainment, Ltd. d/b/a Condor Gentlemen's Club, Gold Club-S.F., LLC d/b/a Gold Club San Francisco, and Defendant SFBSC Management, LLC ("Removing Defendants") by and through their attorneys of record hereby remove to this Court the state court action described herein from the Superior Court of the State of California in and for the County of San Diego, to the United States District Court for the Southern District of California on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441(a), 1367(a), and 1446(b) as follows:

## COMPLAINT AND TIMELINESS OF REMOVAL

1. This Notice of Removal is timely. Roes 1-4 filed their Class and Collective Action Complaint for Violation of the Fair Labor Standards Act, 29 USC §201 et. seq., and related state law claims, on May 31, 2018, alleging wage and hour violations under both state and federal law. The Complaint was served on the following Defendants who appeared in the action by way of a Motion to Compel Arbitration that was filed on October 18, 2018: Déjà Vu Services, Inc., Harry Mohney, Grapevine Entertainment, Inc. d/b/a Déjà Vu Showgirls; Nite Life East, LLC d/b/a Little Darlings; SP Star Enterprise, Inc. d/b/a Déjà Vu; Coldwater, LLC d/b/a Deja Vu Showgirls; 3610 Barnett Ave., LLC d/b/a Adult Superstore; Jolar Cinema of San Diego, Ltd. d/b/a Jolar Cinema Showgirls; Showgirls of San Diego, Inc. d/b/a Deja Vu Showgirls; Bijou – Century, LLC d/b/a New Century Theatre; BT California, LLC d/b/a The Penthouse Club & Steakhouse; Chowderhouse, Inc., d/b/a Hungry I; Deja Vu – San Francisco, LLC d/b/a Centerfolds; Deja Vu Showgirls of San Francisco, LLC d/b/a Little Darlings of San Francisco; Gold Club – S.F., LLC d/b/a Gold Club; S.A.W. Entertainment, Ltd., d/b/a Hustler San

1  Francisco and the Condor Club; San Francisco Garden of Eden, LLC d/b/a Garden
2  of Eden; San Francisco Roaring 20's, LLC d/b/a Roaring 20's; Stockton
3  Enterprises, LLC d/b/a Deja Vu Showgirls.[1]

4  2. On December 27, 2018 Honorable Timothy Taylor of the San Diego
5  Superior Court granted a Motion for Leave to Intervene filed by Elana Pera, Penny
6  Nunez, Sarah Murphy, Poohrawn Mehraban, Nicole Hughes, Angelynn Hermes,
7  and Gypsy Vidal (collectively "Plaintiff-Intervenors").  The Order granting the
8  Motion for Leave to Intervene deemed the Complaint in Intervention filed and
9  served on December 27, 2018.  The Complaint in Intervention similarly alleges
10 wage and hour violations under both state and federal law, including claims under
11 the Fair Labor Standards Act, 29 USC §201 et. seq.

12 3. Defendant SFBSC Management, LLC ("SFBSC") was not named as a
13 Defendant in the Complaint filed by Roes 1 through 4.  The Complaint in
14 Intervention was the first time that this Defendant was brought into the litigation.
15 As of the date of this Notice, service of process has not been effectuated upon
16 SFBSC.

17 4. Service of Process as to the additional three Defendants named in the
18 Complaint in Intervention, S.A.W Entertainment, Ltd. d/b/a Larry Flynt's Hustler
19 Club, S.A.W. Entertainment, Ltd. d/b/a Condor Gentlemen's Club, and Gold Club-
20 S.F., LLC d/b/a Gold Club San Francisco, was deemed effective December 27,
21 2018.

22 5. This notice of removal is timely because pursuant to 28 U.S.C. § 1441(b),
23 Defendants, S.A.W Entertainment, Ltd. d/b/a Larry Flynt's Hustler Club, S.A.W.
24 Entertainment, Ltd. d/b/a Condor Gentlemen's Club, Gold Club-S.F., LLC d/b/a
25 Gold Club San Francisco, have until January 28, 2019 to file this notice.
26 Additionally, as stated above, SFBSC has yet to be served with the Complaint in
27
28
---
[1] While other Defendants were named in the complaint filed May 31, 2018, those Defendants have not been served.

Intervention.

## FEDERAL QUESTION JURISDICTION

6. This Court has subject matter jurisdiction of this action under 28 U.S.C. § 1331, and is one which may be removed to this Court by Removing Defendants pursuant to the provisions of 28 U.S.C. § 1441(a) in that it is a civil action containing a cause of action "arising under the Constitution, laws, or treaties of the United States."

7. Plaintiff-Intervenors allege a cause of action under the federal Fair Labor Standards Act, pursuant to 29 USC §201 *et seq*.

8. Plaintiff-Intervenors allege that Defendants violated the Fair Labor Standards Act, "Plaintiffs-Intervenors and other dancers who worked for Defendants were employees of Defendants for purposes of the Fair Labor Standards Act. However, Defendants have failed to pay the dancers an hourly rate of at least the federal minimum wage of $7.25 per hour. Defendants have thus violated the FLSA, 29 U.S.C. §206(a)(1)(C), and have done so willfully, intentionally, and in bad faith." (Ex. 52, First Am. Compl. in Intervention ¶41; *see also* Ex. 47, Compl. in Intervention ¶40).

## JURISDICTION OVER STATE LAW CLAIMS

9. Plaintiff-Intervenors' other causes of action and bases for relief asserted in this action (Count I-Violation of Cal. Lab. Code §§1197 and 1194; Count III-Violation of Cal. Lab. Code §226(a); County IV-Violation of Cal. Bus. & Prof. Code §17200 et. seq.; County V-Violation of Cal. Lab. Code §2802; County VI-Violation of Cal. Lab. Code §351; Count VII-Penalties Pursuant to Private Attorney General Action of 2004, Cal. Lab. Code §§2698 et. seq.) arise out of the same set of facts and are part of the same case and controversy involving the alleged wage and hour violations. As such, this Court has supplemental jurisdiction of these causes of action within the meaning of 28 U.S.C. § 1367(a).

## OTHER DEFENDANTS

10. All the other Defendants that have been served and have appeared in this action are represented by the undersigned counsel Tammara N. Bokmuller of Clark Hill LLC and consent to the removal of this action.

## VENUE IS PROPER

11. This removal notice is filed in the United States District Court for the Southern District of California because the State Court Action is pending in the County of San Diego.

## SERVICE OF NOTICE ON PLAINTIFFS AND STATE COURT

12. Removing Defendants will promptly serve a copy of this Notice on Plaintiffs and Plaintiffs-Intervenors, and will promptly file and serve a copy of a Notice to Adverse Parties and State Court with the clerk of the state court where the case is filed.

13. Removing Defendants have sought no similar relief with respect to this matter.

14. In compliance with 28 U.S.C. § 1446(a), true and correct copies of all "process, pleadings, and orders" on file in the state court action are attached hereto:

| EXHIBIT | DOCUMENT TITLE | DATE |
|---|---|---|
| 1. | Complaint-Class and Collective Action Complaint for Violation of FLSA and State Law | 5/31/18 |
| 2. | Order-Proceeding under Fictitious Names | 6/1/18 |
| 3. | Summons | 7/6/18 |
| 4. | Verified Application of Jason J. Thompson to Appear as Counsel Pro Hac Vice | 10/10/18 |
| 5. | Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement | 10/11/18 |
| 6. | Declaration of Jason J. Thompson in Support of Motion for Preliminary Approval of Class | 10/11/18 |

| # | Document | Date |
|---|---|---|
|  | Action Settlement |  |
| 7. | Plaintiff's Memorandum of Points & Authorities in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement | 10/11/18 |
| 8. | Declaration of Megan A. Bonanni in Support of Motion for Preliminary Approval of Class Action Settlement | 10/11/18 |
| 9. | Declaration of Trenton R. Kashima in Support of Motion for Preliminary Approval of Class Action Settlement | 10/11/18 |
| 10. | Notice of Motion and Motion to Compel Arbitration | 10/18/18 |
| 11. | Defendant's Memorandum of Points and Authorities in Support of Motion to Compel Arbitration | 10/18/18 |
| 12. | Declaration of Donald Krontz in Support of Defendants' Motion to Compel Arbitration | 10/18/18 |
| 13. | Defendants' Notice of Errata | 10/19/18 |
| 14. | Declaration of Tammara B. Bokmuller in Support of Defendants' Motion to Compel Arbitration | 10/19/18 |
| 15. | Notice of Motion and Motion to Intervene | 11/1/18 |
| 16. | Memorandum of Points and Authorities in Support of Motion for Leave to Intervene | 11/1/18 |
| 17. | Opposition to Plaintiffs' Motion for Preliminary Approval and for Class Certification, and | 11/1/18 |

| | | |
|---|---|---|
| | Incorporated Objection to Proposed Class Action Settlement | |
| 18. | Declaration of Shannon Liss-Riordan in Support of Objection to Proposed Settlement and Motion for Leave to Intervene | 11/1/18 |
| 19. | Supplemental Declaration of Shannon Liss-Riordan in Support of Motion for Leave to Intervene | 11/2/18 |
| 20. | Minute Order dated 11/2/18 | 11/2/18 |
| 21. | Order Denying Plaintiffs' Motion Preliminary Approval of Class Action Settlement | 11/5/18 |
| 22. | Plaintiffs' Points and Authorities in Opposition to Proposed Intervenors' Motion for Leave to Intervene | 11/15/18 |
| 23. | Declaration of Trenton R. Kashima in Support of Plaintiffs' Points & Authorities in Opposition to Proposed Intervenors' Motion for Leave to Intervene | 11/15/18 |
| 24. | Defendants' Opposition to Motion to Intervene | 11/15/18 |
| 25. | Declaration of Gary Marlin in Support of Defendants' Opposition to Motion to Intervene | 11/15/18 |
| 26. | Declaration of Richard Hinckley in Support of Defendants' Opposition to Motion to Intervene | 11/15/18 |
| 27. | Declaration of Jean Claude Pomerleau in Support of Defendants' Opposition to Motion to Intervene | 11/15/18 |

| | | |
|---|---|---|
| 28. | Declaration of Nichole Turnwald in Support of Defendants' Opposition to Motion to Intervene | 11/15/18 |
| 29. | Declaration of Kyriacos Kalfas in Support of Defendants' Opposition to Motion to Intervene | 11/15/18 |
| 30. | Declaration of Tammara N. Bokmuller in Support of Defendants' Opposition to Motion to Intervene | 11/15/18 |
| 31. | Declaration of Trenton R. Kashima in Support of Response Re: Opposition to Plaintiffs' Motion for Preliminary Approval and for Class Certification and Class Action Settlement | 11/21/18 |
| 32. | Plaintiffs' Response re: Opposition to Plaintiffs' Motion for Preliminary Approval and for Class Certification and Class Action Settlement | 11/21/18 |
| 33. | Defendants' Response to Opposition to Motion for Preliminary Approval | 11/21/18 |
| 34. | Declaration of Donald Krontz in Support of Response to Opposition to Motion for Preliminary Approval | 11/21/18 |
| 35. | Declaration of Tammara N. Bokmuller in Support of Response to Opposition to Motion for Preliminary Approval | 11/21/18 |
| 36. | Declaration of Gary Marlin in Support of Response to Opposition to Motion for Preliminary Approval | 11/21/18 |
| 37. | Declaration of Mark Cohen in Support of Response to Opposition to Motion for | 11/21/18 |

| | | |
|---|---|---|
| | Preliminary Approval. | |
| 38. | Declaration of Bradley Schafer in Support of Response to Opposition to Motion for Preliminary Approval | 11/21/18 |
| 39. | Reply in Support of Motion for Leave to Intervene | 11/21/18 |
| 40. | Verified Application of Megan A. Bonanni to Appear as Counsel Pro Hac Vice | 11/29/18 |
| 41. | First Amended Class and Collective Action Complaint for Violation of the FLSA and State Law | 11/30/18 |
| 42. | Minute Order dated 11/30/18 | 11/30/18 |
| 43. | Supplemental Brief in Support of Motion for Leave to Intervene | 12/21/18 |
| 44. | Plaintiffs' Supplemental Brief in Support of Opposition to Proposed Intervenor's Motion for Leave to Intervene | 12/21/18 |
| 45. | Defendants' Supplemental Brief in Support of Opposition to Motion to Intervene | 12/21/18 |
| 46. | Minute Order dated 12/27/18 | 12/27/18 |
| 47. | Complaint in Intervention | 12/27/18 |
| 48. | Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration | 1/7/19 |
| 49. | Defendants' Reply in Support of its Motion to Compel Arbitration | 1/11/19 |

| 50. | Declaration of Tammara N. Bokmuller in Support of Defendants' Reply in Support of its Motion to Compel Arbitration | 1/11/19 |
|---|---|---|
| 51. | Minute Order dated 1/18/19 | 1/18/19 |
| 52. | First Amended Complaint in Intervention | 1/25/19 |

**WHEREFORE,** Removing Defendants respectfully request that the above-captioned action pending before the Superior Court of the State of California in and for the County of San Diego be removed to the United States District Court for the Southern District of California.

Dated: January 28, 2019         CLARK HILL LLP

By:  */s/* Tammara N. Bokmuller
Tammara N. Bokmuller
California Bar No. 192200
tbokmuller@clarkhill.com
Clark Hill LLP
600 W. Broadway, Suite 500
San Diego, CA 92101
PH: (619) 557-0404
FX: (619) 557-0460

Attorneys for Defendants Déjà Vu Services, Inc., Harry Mohney, Grapevine Entertainment, Inc. d/b/a Déjà Vu Showgirls; Nite Life East, LLC d/b/a Little Darlings; SP Star Enterprise, Inc. d/b/a Déjà Vu; Coldwater, LLC d/b/a Deja Vu Showgirls; 3610 Barnett Ave., LLC d/b/a Adult Superstore; Jolar Cinema of San Diego, Ltd. d/b/a Jolar Cinema Showgirls; Showgirls of San Diego, Inc. d/b/a Deja Vu Showgirls; Bijou – Century, LLC d/b/a New Century Theatre; BT California, LLC d/b/a The Penthouse Club & Steakhouse; Chowderhouse, Inc., d/b/a Hungry I; Deja Vu – San Francisco, LLC d/b/a Centerfolds; Deja Vu Showgirls of San

| | |
|---|---|
| 1 | |
| 2 | Francisco, LLC d/b/a Little Darlings of San Francisco; Gold Club – S.F., LLC d/b/a Gold Club; S.A.W. Entertainment, Ltd., d/b/a Hustler San Francisco and the Condor Club; San Francisco Garden of Eden, LLC d/b/a Garden of Eden; San Francisco Roaring 20's, LLC d/b/a Roaring 20's; and Stockton Enterprises, LLC d/b/a Deja Vu Showgirls; and SFBSC Management, LLC |