# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

July 9, 2019

Clerk, U.S. District Court
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102–3489

Re: Jane Roe No. 1 and 2 v. Deja Vu Services, Inc., et al., Case No. 3:19–cv–00196–DMS–KSC

Dear Sir or Madam:

Pursuant to Order, the above–entitled action is transferred to your District.

Please acknowledge receipt on the copy of this letter and return. Thank you.

    Sincerely yours,

    John Morrill,
    Clerk of the Court

    By: s/ A. Finnell–Yepez, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF_____
AND ASSIGNED CASE NUMBER_____

    CLERK, U.S. DISTRICT COURT

By:_____, Deputy